■ In the Matter of ANDREWS BRUCE CAMPBELL, a Suspended Attorney.—Motion for enlargement of time granted only to extent indicated, and cross motion to disbar respondent denied. Concur—Kupferman, J. P., Sullivan, Milonas, Rosenberger and Smith, JJ.